FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 09 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 20-1370 KWR |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1152 and 113(a)(6): Assault |
| ) | Resulting in Serious Bodily Injury. |
| **JULIAN LUCAS GARCIA III,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 4, 2019, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **JULIAN LUCAS GARCIA III**, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1152 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
06/08/20 3:50PM