**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 8 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

James Phillip Tafoya
_Defendant_

Case No. 13-cr-00188

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, _James Phillip Tafoya_, Defendant, understand that I am scheduled for a _Initial_ hearing on _06.18.2020_.
    _nature of hearing_                                                                _date_

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 06.17.2020

_Defendant's signature_

_Signature of defendant's attorney_

Emily P. Carey
_Printed name of defendant's attorney_

Emily_Carey@fd.org
_Defendant's attorney's e-mail address_