# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 20cr1370 KWR | UNITED STATES vs. Garcia | |
| Hearing Date: | 6/22/2020 | Time In and Out: | 10:06-10:18 |
| Courtroom Deputy: | E. Hernandez | Digital Recording: | Rio Grande via Zoom |
| Defendant: | Julian Lucas Garcia III | Defendant's Counsel: | Joe Romero Jr. |
| AUSA: | Alexander Flores | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, July 13, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Riggs
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver