## Samuel Louis Kleinman, Ph.D.

Albuquerque, NM • ████████████ • ████████████

## EDUCATION

**Northwestern University**, Evanston, IL                                          2007-2012
Ph.D. in Physical/Analytical Chemistry
Thesis title: Surface-Enhanced Raman Spectroscopy of Single Molecules and Nanoaggregates
Advisor: Professor Richard P. Van Duyne

**Kellogg School of Management, Northwestern University**, Evanston, IL           2010
Certificate: Management for Scientists and Engineers
8-week course on fundamentals of business and management

**University of California at Berkeley**, Berkeley, CA                            2003-2007
B.S. in Chemistry

## LABORATORY/SUPERVISORY EXPERIENCE

**New Mexico Department of Health, Scientific Laboratory Division, Toxicology Bureau**  2017-current
Albuquerque, NM
*Forensic Toxicology Bureau Chief*                                               2019-current
*Deputy Forensic Toxicology Bureau Chief*                                        2017-2019
Managed breath alcohol, drug screening, and drug confirmation sections
Developed training materials and training plans for onboarding new analysts
Participated in senior staff meetings, budget planning, and decision making
Performed technical and administrative review on DUI casework
Oversaw external laboratory accreditation for blood alcohol analysis
Oversaw laboratory accreditation with the American Board of Forensic Toxicologists
Hired more than 20 chemist and supervisor personnel

**OndaVia**, Hayward, CA                                                          2013-2017
*Senior Scientist/Operations Director*
Created new tests for rapid trace chemical analysis in industrial water samples
Employed surface treatments to modify bulk properties of nanoparticle substrates
Optimized surface-enhanced and normal Raman spectroscopy for sample quantification
Trained and worked with industrial users to conduct novel SERS-based chemical assays
Utilized Python and SQL to manage and analyze data as well as perform chemometrics
Authored SOPs, safety manuals, SBIR grants, and customer reports

**Northwestern University**, Evanston, IL
*Research Associate/Postdoctoral Fellow*                                         2012-2013
Designed experiments for transcutaneous detection of peptides and small biomolecules
Sourced and assembled confocal Raman microscope

*Graduate Student*                                                               2007-2012
Mastered nanoparticle and single-molecule SERS, electrochemical SERS
Used and maintained high vacuum equipment, sputtering, and metal evaporation systems
Implemented tunable ultrafast lasers for microscope-coupled spectroscopy
Utilized LabVIEW and MATLAB to conduct and analyze experiments

*Analytical Services Laboratory Assistant*                                       2007-2008



GOVERNMENT
EXHIBIT

1

August 5, 2020

USA v. Julian Garcia_03920

Maintained and trained new users of GC, GC-MS, HPLC-MS, LCQ, ICP, FTIR equipment

**University of California, Berkeley**, Berkeley, CA                                        2005-2007
*Undergraduate Research Internship*
Growth and analysis of CdSe semiconductor nanoparticles

**FORENSIC TOXICOLOGY COURT APPEARANCES**

2nd District Court in Albuquerque, NM
Testified as expert in forensic toxicology, December 31, 2019

Farmington Municipal court in Farmington, NM
Qualified as expert in forensic toxicology, January 14, 2020

5th District Court in Roswell, NM
Testified as substitute analyst, November 19, 2019

Otero County Magistrate court in Alamogordo, NM
Qualified as expert in forensic toxicology, November 8, 2019

10th District court in Tucumcari, NM
Qualified as expert in forensic toxicology, July 11, 2019

11th District Court in Aztec, NM
Testified as substitute analyst, July 17, 2019

8th District Court in Taos, NM
Qualified as expert in forensic toxicology & evaluation of SFSTs, May 30, 2019

11th District Court in Aztec, NM
Qualified as expert in forensic toxicology, January 16, 2019

Rio Arriba County Magistrate court in Espanola, NM
Qualified as expert in forensic toxicology, July 11, 2019

McKinley County Magistrate Court in Gallup, NM
Qualified as expert in chemical and alcohol analysis (substitute analyst), January 22, 2019

Valencia County Magistrate Court in Los Lunas, NM
Qualified as expert in forensic toxicology, September 5, 2019

Sandoval County Magistrate Court in Bernalillo, NM
Qualified as expert in forensic toxicology, August 5, 2020

Los Alamos County District Court in Santa Fe, NM
Qualified as expert in forensic toxicology, September 27, 2019

1st District Court in Santa Fe, NM
Grand jury setting, expert testimony, October 1, 2019

August 5, 2020

Los Alamos Municipal Court in Los Alamos, NM
Qualified as expert in forensic toxicology, February 6, 2019

**PROFESSIONAL MEMBERSHIPS**

| | |
|---|---|
| Society of Forensic Toxicologists, Associate Member | 2019-current |
| Member, Association of Public Health Laboratories | 2017-current |

**PROFESSIONAL MEETINGS**

| | |
|---|---|
| American College of Medical Toxicologists, Forensic Toxicology Seminar | 2019 |
| Society of Forensic Toxicologists, Annual Meeting | 2018 & 2019 |
| American College of Medical Toxicologists, Annual Scientific Meeting | 2018 |
| California Association of Toxicologists Semi-Annual Meeting | 2017 |

**TRAINING MODULES & CLASSES**

| | |
|---|---|
| Applied Pharmacokinetics, 15-hour online course<br>Administered by Center for Forensic Science Research and Education | 2020 |
| Driving High, the Emerging DUI<br>Presented by the Association of Public Health Laboratories | 2019 |
| The Robert F. Borkenstein Course on Alcohol and Highway Safety | 2018 |
| The Robert F. Borkenstein Course on The Effects of Drugs on Human Performance and Behavior | 2017 |
| Forensic Pharmacology, 3-day online course<br>Administered by Center for Forensic Science Research and Education | 2017 |
| Intoxilyzer 8000 Breath Alcohol Analysis Instrument Operation, Maintenance, & Calibration<br>Presented by CMI, Inc. and hosted at SLD | 2020 |
| 2020 Online Symposium: Current Trends in Forensic Toxicology, 15-hour online course<br>Administered by Center for Forensic Science Research and Education | 2020 |
| New Mexico Drug Recognition Expert Workshop and Demonstration<br>Presented by NMDRE State coordinator and hosted by Samuel Kleinman | 2019 |
| Intoxilyzer 8000 Training<br>Presented by Eleanore Leichtenberg and hosted at SLD | 2019 |
| Thermo Scientific Unity Orbitrap Training, 3-day intensive course<br>On-site at New Mexico Scientific Laboratories | 2018 |
| Session I: The synthetic Drug Crisis – Identifying NPS in Forensic Casework<br>Webinar hosted by National Institute of Justice | 2018 |
| Living In a Union Environment<br>Presented by Sandy Martinez, Labor Relations Division Director, NM State Personnel Office | 2018 |
| Essentials for Supervisors, 4-day intensive course<br>Hosted by David Markwardt Consulting at NMDOH | 2018 |

August 5, 2020

## PUBLICATIONS/PATENTS

Kleinman, S. L.; Peterman, M. C.; Benhabib, M.; Cheng, M. T.; Hudson, J. D.; Mohler, R. E. "Rapid Quantification of 4,4'-Methylenedianiline by Surface-Enhanced Raman Spectroscopy" *Anal. Chem.*, 2017, 89, 13190—13194

Kleinman, S. L.; Frontiera, R. R.; Henry, A.-I.; Dieringer, J. A. and Van Duyne, R. P. "Creating, characterizing, and controlling chemistry with SERS hot spots" *Phys. Chem. Chem. Phys.*, 2013, 15, 21—36

Kleinman, S. L.; Sharma, B.; Blaber, M.G.; Henry, A.-I.; Valley, N.; Freeman, R. G.; Natan, M. J.; Schatz, G. C. and Van Duyne, R. P. "Structure Enhancement Factor Relationships in Single Gold Nanoantennas by Surface-Enhanced Raman Spectroscopy" *J. Am. Chem. Soc.*, 2012, 135, 301—308

Fahrenbach, A. C.; Sampath, S.; Late, D. J.; Barnes, J. C.; Kleinman, S. L.; Valley, N.; Hartlieb, K. J.; Liu, Z.; Dravid, V. P.; Schatz, G. C.; Van Duyne, R. P.; Stoddart, J. F. "A Semiconducting Organic Radical Cationic Host-Guest Complex" *ACS Nano*, 2012, 6, 9964—9971

Kleinman, S. L.; Ringe, E.; Valley, N.; Wustholz, K. L.; Phillips, E.; Scheidt, K. A.; Schatz, G. C. and Van Duyne, R. P. "Single-Molecule Surface-Enhanced Raman Spectroscopy of Crystal Violet Isotopologues: Theory and Experiment" *J. Am. Chem. Soc.*, 2011, 133, 4115—4122

Paxton, W. F.; Kleinman, S. L.; Basuray, A. N.; Stoddart, J. F. and Van Duyne, R. P. "Surface-Enhanced Raman Spectroelectrochemistry of TTF-Modified Self-Assembled Monolayers" *J. Phys. Chem. Lett.* 2011, 2, 1145—1149

Kleinman, S. L.; Bingham, J. M.; Henry, A-I.; Wustholz, K. L. and Van Duyne, R. P. "Structural and Optical Characterization of Single Nanoparticles and Single Molecule SERS" *Proceedings of SPIE*, 2010, 7757, 77570J-1—77570J-10

Wustholz, K. L.; Henry, A-I.; Bingham, J. M.; Kleinman, S. L.; Natan, M. J.; Freeman, R. G.; Van Duyne R. P. "Exploring Single-Molecule SERS and Single-Nanoparticle Plasmon Microscopy," In Plasmonics: Metallic Nanostructures and Their Optical Properties VII, *Proceedings of SPIE*, 2009, 7394, 739403-1–739403-10

Dieringer, J. A.; Wustholz, K. L.; Masiello, D. J.; Camden, J. P.; Kleinman, S. L.; Schatz G. C.; Van Duyne, R.P. "Surface-Enhanced Raman Excitation Spectroscopy of a Single Rhodamine 6G Molecule," *J. Am. Chem. Soc.* 2008, 131, 849—854

Peterman, M.C.; Benhabib, M.; Kleinman, S. L. "Portable Water Quality Instrument" US Patent Grant # 10247673, 10254229

Peterman, M.C.; Benhabib, M.; Ariza, C. A.; Kleinman, S. L. "Measuring concentration of analytes in liquid samples using surface-enhanced Raman spectroscopy" US Patent Grant # 9863824, 10444216

## POSTERS

Kleinman, S. L.; Wustholz, K.; Valley, N.; Ringe, E.; Phillips, E.; Scheidt, K.; Schatz, G.; Van Duyne, R. P. "Isotope-edited Single-molecule Surface-enhanced Raman Spectroscopy of Crystal Violet," 240th ACS National Meeting; Boston, MA. 2010

Dieringer, J.; Wustholz, K.; Phillips, E.; Kleinman, S. L.; Scheidt, K. A.; R.; Van Duyne, R. P. "New Isotope-Edited Chromophores for Single-Molecule Surface-Enhanced Resonance Raman Spectroscopy," Materials Research Science and Engineering Center Annual Meeting; Evanston, IL. 2008

August 5, 2020

Wustholz, K.; Dieringer, J.; Kleinman, S.; Van Duyne, R. P. "Wavelength-Scanned Single-Molecule Surface Enhanced Raman Spectroscopy," Gordon Conference on Vibrational Spectroscopy; South Hadley, MA. 2008

**SERVICE**

| | |
|---|---|
| *Big Brother*, Big Brothers Big Sisters of Central New Mexico | 2017-2018 |
| *Member*, NU Chemistry Department Graduate Liaison Committee | 2008-2012 |
| *Social Chair*, Phi Lambda Upsilon, Alpha Gamma Chapter | 2010-2011 |
| *Participant*, 'All Scout Nano-Day' | 2008-2013 |
| *Organizer*, 'All Scout Nano-Day' | 2009 |

August 5, 2020