On February 3, 2020, SA Fischer interviewed Leon Gallegos, M████' husband who witnessed the incident. Leon Gallegos will be referred to as Gallegos for the remainder of this report. The following information was provided during that interview.

Gallegos said that evening they were on the Harley Davidson. They came to town to watch the fireworks display. They were traveling on SR 291 where everyone parks and watches the firework display. They were heading eastbound and turned around at the first gate that turns into the airport. They were going back westbound to go get a drink at the Eagle Mart. Prior to that his buddy hollered at them. Gallegos turned around and went back. They parked on the side of the road on the right side where there are two pull-offs. His friend was at second pull-off so they stopped to talk to him. Gallegos said they were trying to figure out where to park and his friend told them to just park there. Gallegos parked his bike in front of his friend's truck.

D████ got a call from her cousin Leanna and told her to park there for the fireworks. D████ told her there was parking on the other side of the road (north side). D████ crossed from the south side to the north side. Her cousin pulled up and D████ crossed back to where Gallegos was at. Right before it started getting dark, D████ was going to go back over and talk to Leanna. At the time it was "darkish." Gallegos told her to be careful. As he watched her cross, around the intersection of McCurdy and SR291, there was a car parked with their headlights on toward the east. When D████ crossed the east bound lane he could see her silhouette. D████ got to the center line. Gallegos said as she crossed the center line, the roar of the ATV tires on pavement caught his attention. D████ walked right into the path. Gallegos saw the impact and saw D████ go air-born. The ATV rolled so he saw the tires. Gallegos ran across the road and the first body he found was the male form the ATV. Gallegos went and found D████. Gallegos said the ATV his another vehicle. Someone said D████ was near the rear tire of an ATV. Gallegos thought D████ was gone when he looked at her eyes. D████ started gurgling. He noticed a laceration on her chin gushing with blood. Gallegos tilted her head to the lift to clear her airway and she started breathing. A lady came over who said she was a nurse and started trying to help her. Gallegos said the ambulance was there immediately. The ambulance loaded D████ and took her to the emergency room. Gallegos got on his bike and went to the emergency room. The first officer Gallegos saw

**GOVERNMENT EXHIBIT**
**1**

████ent contains neither recommendations nor conclusion of the law enforcement program and is ████our agency; it and its contents are not to be distributed outside our agency.

USA v. Julian Garcia_000028