IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No. 20-CR-01370-KWR |
| ) | |
| JULIAN LUCAS GARCIA, III, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that he is scheduled to be out of the office and unavailable due to military reserve duty from July 12, 2021 through July 23, 2021. He will also be out of the office and unavailable for other reasons from October 11, 2021 through October 13, 2021 and from November 8, 2021 through November 10, 2021. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of these periods.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ Electronically Filed 04-30-2021*
ALEXANDER F. FLORES
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274

I certify that I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which is designed to serve a copy upon counsel for Defendant.

_____/s/_____
ALEXANDER F. FLORES
Assistant United States Attorney