IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      CR. NO. 20-1370 KWR

JULIAN LUCAS GARCIA, III,

    Defendant.

## UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY FOR THE PRETRIAL CONFERENCE ON AUGUST 19, 2021

Undersigned counsel, Robert J. Gorence of the Gorence Law Firm, LLC, hereby respectfully requests that the Court allow him to appear telephonically at the Pretrial Conference set for August 19, 2021. Undersigned counsel states as follows:

1. On August 4, 2021, undersigned counsel substituted in as counsel of record for Mr. Garcia.

2. Undersigned counsel will be attending his son's wedding in San Francisco from August 18, 2021 through August 22, 2021. Undersigned counsel had already scheduled and paid for his travel to San Francisco prior to his appearance in this case.

3. As such, undersigned counsel respectfully requests that the Court allow him to appear telephonically at the Pretrial Conference on August 19, 2021.

4. Undersigned counsel contacted AUSA Alexander Flores and he does not oppose counsel's telephonic appearance.

FOR THE FOREGOING REASONS, undersigned counsel respectfully requests that this Court allow him to appear telephonically at the Pretrial Conference on August 19, 2021.

Respectfully submitted,

*/s/ Robert J. Gorence*_____
Robert J. Gorence
Gorence Law Firm, LLC
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
Phone (505) 244-0214
Facsimile (505) 244-0888
Email: gorence@golaw.us

*Attorneys for Defendant Julian Garcia*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexander Flores, Attorney for United States
(alexander.flores@usdoj.gov)

*/s/ Robert J. Gorence*_____
Robert J. Gorence