IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                           CR. NO. 20-1370 KWR

JULIAN LUCAS GARCIA, III,

    Defendant.

**ORDER GRANTING UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY FOR THE PRETRIAL CONFERENCE ON AUGUST 19, 2021**

THIS MATTER having come before the Court on Robert J. Gorence's Request to Appear Telephonically at the Pretrial Conference on August 19, 2021 [Doc. 74], and the Court being otherwise fully advised of the circumstances herein, and noting that the Motion is unopposed, FINDS that the Motion is well taken and should be GRANTED;

IT IS THEREFORE ORDERED that Robert J. Gorence may appear telephonically at the Pretrial Conference on August 19, 2021 at 9:00 a.m. by calling the Court's AT&T Conference Line at **866-390-1828**, Access code: **6928405.**

                                    THE HONORABLE KEA W. RIGGS
                                    UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Robert J. Gorence*
Robert J. Gorence
Attorney for Defendant Julian Garcia