IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                            CR. NO. 20-1370 KWR

JULIAN LUCAS GARCIA, III,

    Defendant.

## **DEFENDANT'S WITNESS LIST**

Defendant Julian Garcia, III, by and through his counsel of record, Robert J. Gorence of the Gorence Law Firm, LLC, hereby notifies the Plaintiff and the Court that the following witnesses may be called at the trial in this matter:

1.     Kathleen Martinez
       El Guique, New Mexico

2.     Angie Trujillo
       Chimayo, New Mexico

3.     Charlie Trujillo
       Chimayo, New Mexico

4.     Jeanette Duran
       Espanola, New Mexico

5.     Matt Duran
       Espanola, New Mexico

6.     Any witness listed by the government;

7.     Any witness necessary for rebuttal;

8.     Any witness necessary for impeachment; and

9.     Any witness necessary for authentication.

Defendant reserves the right to amend this list as necessary.

Respectfully submitted,

GORENCE LAW FIRM, LLC

*/s/ Robert J. Gorence*
Robert J. Gorence
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
Phone: (505) 244-0214
Fax: (505) 244-0888
Email: gorence@golaw.us

*Attorneys for Defendant Julian Garcia*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of August, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexander Flores, Attorney for United States
(alexander.flores@usdoj.gov)


*/s/ Robert J. Gorence*
Robert J. Gorence