IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          CR. NO. 20-1370 KWR

JULIAN LUCAS GARCIA, III,

    Defendant.

**DEFENDANT'S RESPONSE TO THE UNITED STATES' OPPOSED SEVENTH MOTION IN LIMINE FOR JUDICIAL NOTICE AND FOR A JUDICIAL DETERMINATION OF INDIAN COUNTRY LAND STATUS**

    Defendant Julian Garcia, III, through his counsel of record, Robert J. Gorence of the Gorence Law Firm, LLC, hereby responds to the United States' Unopposed Tenth Motion in Limine for Sworn Testimony via Video Conference as follows:

    Mr. Garcia does not oppose this Motion.

                                                   Respectfully submitted,

                                                   GORENCE LAW FIRM, LLC

                                                   */s/ Robert J. Gorence*
                                                   Robert J. Gorence
                                                   300 Central Avenue SW, Suite 1000E
                                                   Albuquerque, NM  87102
                                                   Phone:  (505) 244-0214
                                                   Fax:  (505) 244-0888
                                                   Email:  gorence@golaw.us

                                                   *Attorneys for Defendant Julian Garcia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexander Flores, Attorney for United States
(alexander.flores@usdoj.gov)


*/s/ Robert J. Gorence*
Robert J. Gorence