IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              CR. NO. 20-1370 KWR

JULIAN LUCAS GARCIA, III,

      Defendant.

## **DEFENDANT'S RESPONSE TO THE UNITED STATES' UNOPPOSED TENTH MOTION IN LIMINE FOR SWORN TESTIMONY VIA VIDEO CONFERENCE**

Defendant Julian Garcia, III, through his counsel of record, Robert J. Gorence of the Gorence Law Firm, LLC, hereby responds to the United States' Unopposed Tenth Motion in Limine for Sworn Testimony via Video Conference as follows:

As noted, Mr. Garcia does not oppose the government's Motion in Limine for Sworn Testimony via Video Conference. Mr. Garcia, however, would request that this also apply similarly to Jeanette Duran, an employee of Los Alamos National Laboratory, who may have difficulty due to work constraints to travel to Albuquerque to testify at trial. If that does prove to be an overwhelming impediment, Mr. Garcia would request that Ms. Duran be allowed to testify by video conference as well.

                                                    Respectfully submitted,

                                                    GORENCE LAW FIRM, LLC

                                                    */s/ Robert J. Gorence*
                                                    Robert J. Gorence
                                                    300 Central Avenue SW, Suite 1000E
                                                    Albuquerque, NM 87102
                                                    Phone: (505) 244-0214
                                                    Fax: (505) 244-0888
                                                    Email: gorence@golaw.us

                                                    *Attorneys for Defendant Julian Garcia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexander Flores, Attorney for United States
(alexander.flores@usdoj.gov)


*/s/ Robert J. Gorence*
Robert J. Gorence